**PILLSBURY WINTHROP SHAW PITTMAN LLP**
RICHARD H. ZAITLEN #63283
ROBERT L. WALLAN #126480
STEPHEN BYERS #223330
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033
Email: Richard.Zaitlen@Pillsburylaw.com
Email: Robert.Wallan@Pillsburylaw.com
Email: Steve.Byers@Pillsburylaw.com

Attorneys for Defendant,
TOYS 'R' US – DELAWARE, INC.,
improperly named as TOYS 'R' US, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WHAM-O, INC. a Delaware corporation, | Case No. 2:08-cv-01281-RSWL (CWx) |
| Plaintiff, | **DEFENDANT TOYS 'R' US, INC.'S ANSWER TO PLAINTIFF'S SECOND AMENDED AND SUPPLEMENTAL COMPLAINT AND FIRST COUNTERCLAIM FOR DECLARATORY RELIEF** |
| v. | |
| MANLEY TOYS, LTD., a Hong Kong corporation; IZZY HOLDINGS, LLC, a California limited company; AQUAWOOD, LLC, a California limited liability company; AW COMPUTER HOLDINGS, LLC, a California limited liability company, BRIAN DUBINSKY, SAMSON CHAN, LISA LIU, WAL-MART STORES, INC., a Delaware corporation; TARGET CORP., a Minnesota corporation, TOYS 'R' US, INC., a Delaware corporation, and KMART CORPORATION, a Michigan corporation, | |
| Defendants | |

1    Defendant TOYS 'R' US – DELAWARE, INC. ("TRU"), improperly

2    named as TOYS 'R' US, INC., by and through its counsel of record, hereby

3    answers and asserts its affirmative defenses to Plaintiff's Second Amended

4    and Supplemental Complaint ("Second Amended Complaint") as follows:

5                              **INTRODUCTION**

6         1.    TRU is without sufficient knowledge or information to form a

7    belief as to the truth of the allegations in Paragraph 1 of the Second Amended

8    Complaint and on that basis denies each and every allegation.

9         2.    TRU is without sufficient knowledge or information to form a

10   belief as to the truth of the allegations in Paragraph 2 of the Second Amended

11   Complaint and on that basis denies each and every allegation.

12        3.    TRU is without sufficient knowledge or information to form a

13   belief as to the truth of the allegations in Paragraph 3 of the Second Amended

14   Complaint and on that basis denies each and every allegation.

15        4.    TRU is without sufficient knowledge or information to form a

16   belief as to the truth of the allegations in Paragraph 4 of the Second Amended

17   Complaint and on that basis denies each and every allegation.

18        5.    TRU admits that the Second Amended Complaint purports to

19   bring further Lanham Act and other trademark claims against Defendants

20   Manley, Aquawood, Dubinsky, Chan and Liu.  TRU admits that the Second

21   Amended Complaint purports to seek an order holding Dubinsky, Chan, Liu,

22   Manley and Izzy liable as alter egos of SLB and AW/Aquawood liable as its

23   successor.  Except as expressly admitted, TRU is without sufficient knowledge

24   or information to form a belief as to the truth of the remaining allegations in

25   Paragraph 5 of the Second Amended Complaint and on that basis denies each

26   and every allegation.

27        6.    TRU admits that it received a copy of the permanent injunction

28   and has been contacted about the sale of products alleged to violate the

1    injunction.  TRU denies that it is selling or has sold infringing products.  TRU

2    admits that the Second Amended Complaint purports to allege claims for

3    willful trademark infringement against TRU.  Except as expressly admitted or

4    denied, TRU is without sufficient knowledge or information to form a belief

5    as to the truth of the remaining allegations in Paragraph 6 of the Second

6    Amended Complaint and on that basis denies each and every allegation.

7          7.      TRU admits that the Second Amended Complaint purports to

8    assert a creditor's suit against Defendants Wal-Mart, Target, TRU, and Kmart

9    (collectively, "Retailers") pursuant to California Code of Civil Procedure

10   Section 708.210.  TRU denies that it holds funds payable to any true judgment

11   debtor.  Except as expressly admitted or denied, TRU is without sufficient

12   knowledge or information to form a belief as to the truth of the remaining

13   allegations in Paragraph 7 of the Second Amended Complaint and on that

14   basis denies each and every allegation.

15                           **THE PARTIES**

16         8.      TRU is without sufficient knowledge or information to form a

17   belief as to the truth of the allegations in Paragraph 8 of the Second Amended

18   Complaint and on that basis denies each and every allegation.

19         9.      TRU is without sufficient knowledge or information to form a

20   belief as to the truth of the allegations in Paragraph 9 of the Second Amended

21   Complaint and on that basis denies each and every allegation.

22         10.     TRU is without sufficient knowledge or information to form a

23   belief as to the truth of the allegations in Paragraph 10 of the Second Amended

24   Complaint and on that basis denies each and every allegation.

25         11.     TRU is without sufficient knowledge or information to form a

26   belief as to the truth of the allegations in Paragraph 11 of the Second Amended

27   Complaint and on that basis denies each and every allegation.

28

12.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 12 of the Second Amended Complaint and on that basis denies each and every allegation.

13.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 13 of the Second Amended Complaint and on that basis denies each and every allegation.

14.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 4 of the Second Amended Complaint and on that basis denies each and every allegation.

15.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 15 of the Second Amended Complaint and on that basis denies each and every allegation.

16.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 16 of the Second Amended Complaint and on that basis denies each and every allegation.

17.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 17 of the Second Amended Complaint and on that basis denies each and every allegation.

18.     TRU admits the allegations in Paragraph 18 of the Second Amended Complaint.

19.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 19 of the Second Amended Complaint and on that basis denies each and every allegation.

## NATURE OF THE CASE

20.     TRU admits that the Second Amended Complaint purports this to be an action for: (i) judgment debtor's interest in debt to satisfy money judgment pursuant to Cal. Civ. Proc. Code 708.210 *et seq.*; (ii) infringement of a registered trademark in violation of Section 32(1) of the Lanham Act, 15

1    U.S.C. § 1114; (iii) false advertising in violation of Section 43(a) of the

2    Lanham Act, 15 U.S.C. § 1125(a); (iv) trademark dilution in violation of

3    Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c); (v) unfair competition

4    in violation of the common law of the State of California; (vi) contributory

5    and vicarious trademark infringement in violation of Section 32(1) of the

6    Lanham Act, 15 U.S.C. § 1114; (vii) contributory and vicarious false

7    advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §

8    1125(a); and (viii) contributory and vicarious trademark dilution in violation

9    of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

10                          **JURISDICTION AND VENUE**

11        21.    TRU admits that the Second Amended Complaint purports to

12   allege that this Court has subject matter jurisdiction over the federal law

13   claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1131, 1138.  TRU

14   denies that this Court has subject matter jurisdiction over the state law claims

15   pursuant to 28 U.S.C. § 1367.  TRU admits that the Second Amended

16   Complaint purports to allege that venue is proper within this district under the

17   provisions of 28 U.S.C. § 1391.

18        22.    TRU admits that general personal jurisdiction is proper over

19   TRU.  Except as expressly admitted, TRU is without sufficient knowledge or

20   information to form a belief as to the truth of the remaining allegations in

21   Paragraph 22 of the Second Amended Complaint and on that basis denies each

22   and every allegation.

23              **BACKGROUND FACTS COMMON TO ALL CLAIMS**

24        **A.      WHAM-O's Trademarks**

25        23.    TRU admits that Exhibit 1 as attached to the Second Amended

26   Complaint purports to show that SLIP 'N SLIDE is a registered trademark of

27   WHAM-O, U.S. Reg. No. 761, 883.  Except as expressly admitted, TRU is

28   without sufficient knowledge or information to form a belief as to the truth of

1   the remaining allegations in Paragraph 23 of the Second Amended Complaint

2   and on that basis denies each and every allegation.

3       24.    TRU is without sufficient knowledge or information to form a

4   belief as to the truth of the allegations in Paragraph 24 of the Second Amended

5   Complaint and on that basis denies each and every allegation.

6       25.    TRU is without sufficient knowledge or information to form a

7   belief as to the truth of the allegations in Paragraph 25 of the Second Amended

8   Complaint and on that basis denies each and every allegation.

9       26.    TRU admits that Exhibit 2 as attached to the Second Amended

10  Complaint purports to show Plaintiff's registration for the "Yellow Water

11  Slide" mark.  Except as expressly admitted, TRU is without sufficient

12  knowledge or information to form a belief as to the truth of the remaining

13  allegations in Paragraph 26 of the Second Amended Complaint and on that

14  basis denies each and every allegation.

15      27.    TRU is without sufficient knowledge or information to form a

16  belief as to the truth of the allegations in Paragraph 27 of the Second Amended

17  Complaint and on that basis denies each and every allegation.

18      **B.**    **<u>The Underlying Lawsuit</u>**

19      28.    TRU is without sufficient knowledge or information to form a

20  belief as to the truth of the allegations in Paragraph 28 of the Second Amended

21  Complaint and on that basis denies each and every allegation.

22      29.    TRU is without sufficient knowledge or information to form a

23  belief as to the truth of the allegations in Paragraph 29 of the Second Amended

24  Complaint and on that basis denies each and every allegation.

25      30.    TRU admits that Exhibit 4 as attached to the Second Amended

26  Complaint purports to show that the Court entered judgment in favor of

27  Wham-O against SLB on December 9, 2007.  TRU admits that Exhibit 8 as

28  attached to the Second Amended Complaint purports to show that an order

1    awarding Wham-O attorney's fees was entered on February 26, 2008.  Except

2    as expressly admitted, TRU is without sufficient knowledge or information to

3    form a belief as to the truth of the remaining allegations in Paragraph 30 of the

4    Second Amended Complaint and on that basis denies each and every

5    allegation.

6         **C.   ABC Process, Alter Ego & Successor Liability**

7         31.   TRU is without sufficient knowledge or information to form a

8    belief as to the truth of the allegations in Paragraph 31 of the Second Amended

9    Complaint and on that basis denies each and every allegation.

10        32.   TRU is without sufficient knowledge or information to form a

11   belief as to the truth of the allegations in Paragraph 32 of the Second Amended

12   Complaint and on that basis denies each and every allegation.

13        33.   TRU admits that Exhibit 5 as attached to the Second Amended

14   Complaint purports to show the Alameda Court's order.  Except as expressly

15   admitted, TRU is without sufficient knowledge or information to form a belief

16   as to the truth of the remaining allegations in Paragraph 33 of the Second

17   Amended Complaint and on that basis denies each and every allegation.

18        34.   TRU is without sufficient knowledge or information to form a

19   belief as to the truth of the allegations in Paragraph 34 of the Second Amended

20   Complaint and on that basis denies each and every allegation.

21        35.   TRU admits that Exhibit 6 as attached to the Second Amended

22   Complaint purports to show a General Assignment executed on November 19,

23   2007.  TRU admits that Exhibit 7 as attached to the Second Amended

24   Complaint purports to show an Asset Purchase Agreement executed on

25   November 19, 2007.  Except as expressly admitted, TRU is without sufficient

26   knowledge or information to form a belief as to the truth of the remaining

27   allegations in Paragraph 35 of the Second Amended Complaint and on that

28   basis denies each and every allegation.

1    36.    TRU is without sufficient knowledge or information to form a
2    belief as to the truth of the allegations in Paragraph 36 of the Second Amended
3    Complaint and on that basis denies each and every allegation.

4    37.    TRU is without sufficient knowledge or information to form a
5    belief as to the truth of the allegations in Paragraph 37 of the Second Amended
6    Complaint and on that basis denies each and every allegation.

7    38.    TRU is without sufficient knowledge or information to form a
8    belief as to the truth of the allegations in Paragraph 38 of the Second Amended
9    Complaint and on that basis denies each and every allegation.

10   39.    TRU is without sufficient knowledge or information to form a
11   belief as to the truth of the allegations in Paragraph 39 of the Second Amended
12   Complaint and on that basis denies each and every allegation.

13   40.    TRU is without sufficient knowledge or information to form a
14   belief as to the truth of the allegations in Paragraph 40 of the Second Amended
15   Complaint and on that basis denies each and every allegation.

16   41.    TRU is without sufficient knowledge or information to form a
17   belief as to the truth of the allegations in Paragraph 41 of the Second Amended
18   Complaint and on that basis denies each and every allegation.

19   42.    TRU is without sufficient knowledge or information to form a
20   belief as to the truth of the allegations in Paragraph 42 of the Second Amended
21   Complaint and on that basis denies each and every allegation.

22   43.    TRU is without sufficient knowledge or information to form a
23   belief as to the truth of the allegations in Paragraph 43 of the Second Amended
24   Complaint and on that basis denies each and every allegation.

25   44.    TRU is without sufficient knowledge or information to form a
26   belief as to the truth of the allegations in Paragraph 44 of the Second Amended
27   Complaint and on that basis denies each and every allegation.

28

45.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 45 of the Second Amended Complaint and on that basis denies each and every allegation.

46.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 46 of the Second Amended Complaint and on that basis denies each and every allegation.

47.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 47 of the Second Amended Complaint and on that basis denies each and every allegation.

48.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 48 of the Second Amended Complaint and on that basis denies each and every allegation.

49.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 49 of the Second Amended Complaint and on that basis denies each and every allegation.

50.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 50 of the Second Amended Complaint and on that basis denies each and every allegation.

**D.     Wal-Mart's, Target's, TRU's, and Kmart's Accounts Payable to the Judgment Debtor(s)**

51.     TRU admits that it has purchased products from Manley, and has thus been indebted to Manley on occasion.  Except as expressly admitted, TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 51 of the Second Amended Complaint and on that basis denies each and every allegation.

52.     TRU admits that it has purchased products from Manley, some of which bear the Toyquest and BANZAI trademarks.  Consequently, TRU admits that it has been indebted to Manley on occasion.  Except as expressly

1   admitted, TRU is without sufficient knowledge or information to form a belief

2   as to the truth of the allegations in Paragraph 52 of the Second Amended

3   Complaint and on that basis denies each and every allegation.

4        53.    To the extent the allegations of Paragraph 53 of the Second

5   Amended Complaint are directed to TRU, TRU denies each and every

6   allegation of Paragraph 53.  To the extent that such allegations are directed

7   toward parties other than TRU, TRU is without sufficient knowledge or

8   information to form a belief as to the truth of the allegations in Paragraph 53

9   of the Second Amended Complaint and on that basis denies each and every

10   allegation.

11        54.    To the extent the allegations of Paragraph 54 of the Second

12   Amended Complaint are directed to TRU, TRU denies each and every

13   allegation of Paragraph 54.  To the extent that such allegations are directed

14   toward parties other than TRU, TRU is without sufficient knowledge or

15   information to form a belief as to the truth of the allegations in Paragraph 54

16   of the Second Amended Complaint and on that basis denies each and every

17   allegation.

18       **E.**    **Past and Continuing Infringement, Dilution, and False**

19              **Advertising by Manley Toys, Aquawood, TRU, Chan,**

20              **Dubinsky, and Liu**

21        55.    TRU is without sufficient knowledge or information to form a

22   belief as to the truth of the allegations in Paragraph 55 of the Second Amended

23   Complaint and on that basis denies each and every allegation.

24        56.    TRU is without sufficient knowledge or information to form a

25   belief as to the truth of the allegations in Paragraph 56 of the Second Amended

26   Complaint and on that basis denies each and every allegation.

27

28

1   57.   TRU is without sufficient knowledge or information to form a

2   belief as to the truth of the allegations in Paragraph 57 of the Second Amended

3   Complaint and on that basis denies each and every allegation.

4   58.   TRU admits that it received a copy of the judgment and

5   injunction entered in the Color case.  TRU denies that it is acting in willful

6   disregard of Plaintiff's rights.  TRU denies that it is selling or has sold

7   infringing products.  Except as expressly admitted or denied, TRU is without

8   sufficient knowledge or information to form a belief as to the truth of the

9   remaining allegations in Paragraph 58 of the Second Amended Complaint and

10  on that basis denies each and every allegation.

11  59.   To the extent the allegations of Paragraph 59 of the Second

12  Amended Complaint are directed to TRU, TRU denies each and every

13  allegation of Paragraph 59.  To the extent that such allegations are directed

14  toward parties other than TRU, TRU is without sufficient knowledge or

15  information to form a belief as to the truth of the allegations in Paragraph 59

16  of the Second Amended Complaint and on that basis denies each and every

17  allegation.

18  **FIRST CLAIM FOR RELIEF**

19  **(Infringement of Registered Trademarks in Violation of Section 32 of the**

20  **Lanham Act, 15 U.S.C. § 1114 as to Defendants Manley, Aquawood, and**

21  **TRU)**

22  60.   TRU repeats and realleges its responses to Paragraphs 1 through

23  59, as set forth above, as though fully set forth therein.

24  61.   To the extent the allegations of Paragraph 61 of the Second

25  Amended Complaint are directed to TRU, TRU denies each and every

26  allegation of Paragraph 61.  To the extent that such allegations are directed

27  toward parties other than TRU, TRU is without sufficient knowledge or

28  information to form a belief as to the truth of the allegations in Paragraph 61

1  of the Second Amended Complaint and on that basis denies each and every

2  allegation.

3        62.    TRU is without sufficient knowledge or information to form a

4  belief as to the truth of the allegations in Paragraph 62 of the Second Amended

5  Complaint and on that basis denies each and every allegation.

6        63.    TRU is without sufficient knowledge or information to form a

7  belief as to the truth of the allegations in Paragraph 63 of the Second Amended

8  Complaint and on that basis denies each and every allegation.

9        64.    TRU is without sufficient knowledge or information to form a

10  belief as to the truth of the allegations in Paragraph 64 of the Second Amended

11  Complaint and on that basis denies each and every allegation.

12        65.    TRU is without sufficient knowledge or information to form a

13  belief as to the truth of the allegations in Paragraph 65 of the Second Amended

14  Complaint and on that basis denies each and every allegation.

15        66.    TRU denies each and every allegation in Paragraph 66 of the

16  Second Amended Complaint.

17        67.    To the extent the allegations of Paragraph 67 of the Second

18  Amended Complaint are directed to the activities of TRU, TRU denies each

19  and every allegation of Paragraph 67.  To the extent that such allegations are

20  directed toward the activities of parties other than TRU, TRU is without

21  sufficient knowledge or information to form a belief as to the truth of the

22  allegations in Paragraph 67 of the Second Amended Complaint and on that

23  basis denies each and every allegation.

24        68.    To the extent the allegations of Paragraph 68 of the Second

25  Amended Complaint are directed to TRU, TRU denies each and every

26  allegation of Paragraph 68.  To the extent that such allegations are directed

27  toward parties other than TRU, TRU is without sufficient knowledge or

28  information to form a belief as to the truth of the allegations in Paragraph 68

1   of the Second Amended Complaint and on that basis denies each and every

2   allegation.

3       69.     To the extent the allegations of Paragraph 69 of the Second

4   Amended Complaint are directed to TRU, TRU denies each and every

5   allegation of Paragraph 69.  To the extent that such allegations are directed

6   toward parties other than TRU, TRU is without sufficient knowledge or

7   information to form a belief as to the truth of the allegations in Paragraph 69

8   of the Second Amended Complaint and on that basis denies each and every

9   allegation.

10      70.     To the extent the allegations of Paragraph 70 of the Second

11  Amended Complaint are directed to TRU, TRU denies each and every

12  allegation of Paragraph 70.  To the extent that such allegations are directed

13  toward parties other than TRU, TRU is without sufficient knowledge or

14  information to form a belief as to the truth of the allegations in Paragraph 70

15  of the Second Amended Complaint and on that basis denies each and every

16  allegation.

17      71.     To the extent the allegations of Paragraph 71 of the Second

18  Amended Complaint are directed to TRU, TRU denies each and every

19  allegation of Paragraph 71.  To the extent that such allegations are directed

20  toward parties other than TRU, TRU is without sufficient knowledge or

21  information to form a belief as to the truth of the allegations in Paragraph 71

22  of the Second Amended Complaint and on that basis denies each and every

23  allegation.

24                   **SECOND CLAIM FOR RELIEF**

25  **(Trademark Dilution in Violation of Section 43(C) of the Lanham Act, 15**

26      **U.S.C. § 1125(C) as to Defendants Manley, Aquawood, and TRU)**

27      72.     TRU repeats and realleges its responses to Paragraphs 1 through

28  71, as set forth above, as though fully set forth therein.

1    73.    To the extent the allegations of Paragraph 73 of the Second

2    Amended Complaint are directed to TRU, TRU denies each and every

3    allegation of Paragraph 73.  To the extent that such allegations are directed

4    toward parties other than TRU, TRU is without sufficient knowledge or

5    information to form a belief as to the truth of the allegations in Paragraph 73

6    of the Second Amended Complaint and on that basis denies each and every

7    allegation.

8    74.    TRU is without sufficient knowledge or information to form a

9    belief as to the truth of the allegations in Paragraph 74 of the Second Amended

10   Complaint and on that basis denies each and every allegation.

11   75.    TRU is without sufficient knowledge or information to form a

12   belief as to the truth of the allegations in Paragraph 75 of the Second Amended

13   Complaint and on that basis denies each and every allegation.

14   76.    TRU is without sufficient knowledge or information to form a

15   belief as to the truth of the allegations in Paragraph 76 of the Second Amended

16   Complaint and on that basis denies each and every allegation.

17   77.    TRU is without sufficient knowledge or information to form a

18   belief as to the truth of the allegations in Paragraph 77 of the Second Amended

19   Complaint and on that basis denies each and every allegation.

20   78.    TRU denies each and every allegation in Paragraph 78 of the

21   Second Amended Complaint.

22   79.    To the extent the allegations of Paragraph 79 of the Second

23   Amended Complaint are directed to TRU, TRU denies each and every

24   allegation of Paragraph 79.  To the extent that such allegations are directed

25   toward parties other than TRU, TRU is without sufficient knowledge or

26   information to form a belief as to the truth of the allegations in Paragraph 79

27   of the Second Amended Com plaint and on that basis denies each and every

28   allegation.

1    80.    To the extent the allegations of Paragraph 80 of the Second

2    Amended Complaint are directed to TRU, TRU denies each and every

3    allegation of Paragraph 80.  To the extent that such allegations are directed

4    toward parties other than TRU, TRU is without sufficient knowledge or

5    information to form a belief as to the truth of the allegations in Paragraph 80

6    of the Second Amended Complaint and on that basis denies each and every

7    allegation.

8    81.    To the extent the allegations of Paragraph 81 of the Second

9    Amended Complaint are directed to TRU, TRU denies each and every

10   allegation of Paragraph 81.  To the extent that such allegations are directed

11   toward parties other than TRU, TRU is without sufficient knowledge or

12   information to form a belief as to the truth of the allegations in Paragraph 81

13   of the Second Amended Complaint and on that basis denies each and every

14   allegation.

## THIRD CLAIM FOR RELIEF

### (False Advertising in Violation of section 43(a)(1)(b) of the Lanham Act as to Defendants Manley, Aquawood, and TRU)

18   82.    TRU repeats and realleges its responses to Paragraphs 1 through

19   81, as set forth above, as though fully set forth therein.

20   83.    To the extent the allegations of Paragraph 83 of the Second

21   Amended Complaint are directed to TRU, TRU denies each and every

22   allegation of Paragraph 83.  To the extent that such allegations are directed

23   toward parties other than TRU, TRU is without sufficient knowledge or

24   information to form a belief as to the truth of the allegations in Paragraph 83

25   of the Second Amended Complaint and on that basis denies each and every

26   allegation.

27

28

84.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 84 of the Second Amended Complaint and on that basis denies each and every allegation.

85.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 85 of the Second Amended Complaint and on that basis denies each and every allegation.

86.     TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 86 of the Second Amended Complaint and on that basis denies each and every allegation.

87.     TRU denies each and every allegation in Paragraph 87 of the Second Amended Complaint.

88.     To the extent the allegations of Paragraph 88 of the Second Amended Complaint are directed to TRU, TRU denies each and every allegation of Paragraph 88.  To the extent that such allegations are directed toward parties other than TRU, TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 88 of the Second Amended Complaint and on that basis denies each and every allegation.

89.     To the extent the allegations of Paragraph 89 of the Second Amended Complaint are directed to TRU, TRU denies each and every allegation of Paragraph 89.  To the extent that such allegations are directed toward parties other than TRU, TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 89 of the Second Amended Complaint and on that basis denies each and every allegation.

90.     To the extent the allegations of Paragraph 90 of the Second Amended Complaint are directed to TRU, TRU denies each and every allegation of Paragraph 90.  To the extent that such allegations are directed

1    toward parties other than TRU, TRU is without sufficient knowledge or

2    information to form a belief as to the truth of the allegations in Paragraph 90

3    of the Second Amended Complaint and on that basis denies each and every

4    allegation.

5                    **FOURTH CLAIM FOR RELIEF**

6    (**Contributory and Vicarious Infringement for Infringement in Violation**

7    **of Section 32 of the Lanham Act, 15 U.S.C. § 1114 as to Defendants**

8                    **Dubinsky, Chan, and Liu**)

9           91.    TRU repeats and realleges its responses to Paragraphs 1 through

10   90, as set forth above, as though fully set forth therein.

11          92.    TRU is without sufficient knowledge or information to form a

12   belief as to the truth of the allegations in Paragraph 92 of the Second Amended

13   Complaint and on that basis denies each and every allegation.

14          93.    TRU is without sufficient knowledge or information to form a

15   belief as to the truth of the allegations in Paragraph 93 of the Second Amended

16   Complaint and on that basis denies each and every allegation.

17          94.    TRU is without sufficient knowledge or information to form a

18   belief as to the truth of the allegations in Paragraph 94 of the Second Amended

19   Complaint and on that basis denies each and every allegation.

20          95.    TRU is without sufficient knowledge or information to form a

21   belief as to the truth of the allegations in Paragraph 95 of the Second Amended

22   Complaint and on that basis denies each and every allegation.

23          96.    TRU is without sufficient knowledge or information to form a

24   belief as to the truth of the allegations in Paragraph 96 of the Second Amended

25   Complaint and on that basis denies each and every allegation.

26          97.    TRU is without sufficient knowledge or information to form a

27   belief as to the truth of the allegations in Paragraph 97 of the Second Amended

28   Complaint and on that basis denies each and every allegation.

1      98.    TRU is without sufficient knowledge or information to form a

2    belief as to the truth of the allegations in Paragraph 98 of the Second Amended

3    Complaint and on that basis denies each and every allegation.

4      99.    TRU is without sufficient knowledge or information to form a

5    belief as to the truth of the allegations in Paragraph 99 of the Second Amended

6    Complaint and on that basis denies each and every allegation.

7      100.   TRU is without sufficient knowledge or information to form a

8    belief as to the truth of the allegations in Paragraph 100 of the Second

9    Amended Complaint and on that basis denies each and every allegation.

### FIFTH CLAIM FOR RELIEF

### (<u>Contributory and Vicarious Trademark Dilution in Violation of Section 43(C) of the Lanham Act, 15 U.S.C. § 1125(C) as to Defendants Dubinsky, Chan, and Liu</u>)

14      101.   TRU repeats and realleges its responses to Paragraphs 1 through

15    100, as set forth above, as though fully set forth therein.

16      102.   TRU is without sufficient knowledge or information to form a

17    belief as to the truth of the allegations in Paragraph 102 of the Second

18    Amended Complaint and on that basis denies each and every allegation.

19      103.   TRU is without sufficient knowledge or information to form a

20    belief as to the truth of the allegations in Paragraph 103 of the Second

21    Amended Complaint and on that basis denies each and every allegation.

22      104.   TRU is without sufficient knowledge or information to form a

23    belief as to the truth of the allegations in Paragraph 104 of the Second

24    Amended Complaint and on that basis denies each and every allegation.

25      105.   TRU is without sufficient knowledge or information to form a

26    belief as to the truth of the allegations in Paragraph 105 of the Second

27    Amended Complaint and on that basis denies each and every allegation.

28

106.   TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 106 of the Second Amended Complaint and on that basis denies each and every allegation.

107.   TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 107 of the Second Amended Complaint and on that basis denies each and every allegation.

108.   TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 108 of the Second Amended Complaint and on that basis denies each and every allegation.

109.   TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 109 of the Second Amended Complaint and on that basis denies each and every allegation.

110.   TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 110 of the Second Amended Complaint and on that basis denies each and every allegation.

111.   TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 111 of the Second Amended Complaint and on that basis denies each and every allegation.

112.   TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 112 of the Second Amended Complaint and on that basis denies each and every allegation.

## SIXTH CLAIM FOR RELIEF

### (Contributory and Vicarious False Advertising in Violation of Section 43(a)(1)(b) of the Lanham Act as to Defendants Dubinsky, Chan and Liu)

113.   TRU repeats and realleges its responses to Paragraphs 1 through 112, as set forth above, as though fully set forth therein.

1       114.   TRU is without sufficient knowledge or information to form a

2   belief as to the truth of the allegations in Paragraph 114 of the Second

3   Amended Complaint and on that basis denies each and every allegation.

4       115.   TRU is without sufficient knowledge or information to form a

5   belief as to the truth of the allegations in Paragraph 115 of the Second

6   Amended Complaint and on that basis denies each and every allegation.

7       116.   TRU is without sufficient knowledge or information to form a

8   belief as to the truth of the allegations in Paragraph 116 of the Second

9   Amended Complaint and on that basis denies each and every allegation.

10       117.   TRU is without sufficient knowledge or information to form a

11   belief as to the truth of the allegations in Paragraph 117 of the Second

12   Amended Complaint and on that basis denies each and every allegation.

13       118.   TRU is without sufficient knowledge or information to form a

14   belief as to the truth of the allegations in Paragraph 118 of the Second

15   Amended Complaint and on that basis denies each and every allegation.

16       119.   TRU is without sufficient knowledge or information to form a

17   belief as to the truth of the allegations in Paragraph 119 of the Second

18   Amended Complaint and on that basis denies each and every allegation.

19       120.   TRU is without sufficient knowledge or information to form a

20   belief as to the truth of the allegations in Paragraph 120 of the Second

21   Amended Complaint and on that basis denies each and every allegation.

22       121.   TRU is without sufficient knowledge or information to form a

23   belief as to the truth of the allegations in Paragraph 121 of the Second

24   Amended Complaint and on that basis denies each and every allegation.

25       122.   TRU is without sufficient knowledge or information to form a

26   belief as to the truth of the allegations in Paragraph 122 of the Second

27   Amended Complaint and on that basis denies each and every allegation.

28

**SEVENTH CLAIM FOR RELIEF**

**(Judgment Debtor's Interest in Property or Debt to Satisfy Money Judgment Pursuant to Cal. Civ. Proc. Code § 708.210 *et seq.* as to all Defendants)**

123.    TRU repeats and realleges its responses to Paragraphs 1 through 122, as set forth above, as though fully set forth therein.

124.    TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 124 of the Second Amended Complaint and on that basis denies each and every allegation.

125.    TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 125 of the Second Amended Complaint and on that basis denies each and every allegation.

126.    TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 126 of the Second Amended Complaint and on that basis denies each and every allegation.

127.    TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 127 of the Second Amended Complaint and on that basis denies each and every allegation.

128.    TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 128 of the Second Amended Complaint and on that basis denies each and every allegation.

129.    TRU is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 129 of the Second Amended Complaint and on that basis denies each and every allegation.

130.    To the extent the allegations of Paragraph 130 of the Second Amended Complaint are directed to TRU, TRU denies each and every allegation of Paragraph 130.  To the extent that such allegations are directed

1   toward parties other than TRU, TRU is without sufficient knowledge or

2   information to form a belief as to the truth of the allegations in Paragraph 130

3   of the Second Amended Complaint and on that basis denies each and every

4   allegation.

5        131.   TRU is without sufficient knowledge or information to form a

6   belief as to the truth of the allegations in Paragraph 131 of the Second

7   Amended Complaint and on that basis denies each and every allegation.

8        132.   TRU is without sufficient knowledge or information to form a

9   belief as to the truth of the allegations in Paragraph 132 of the Second

10  Amended Complaint and on that basis denies each and every allegation.

11       133.   TRU is without sufficient knowledge or information to form a

12  belief as to the truth of the allegations in Paragraph 133 of the Second

13  Amended Complaint and on that basis denies each and every allegation.

14              **EIGHTH CLAIM FOR RELIEF**

15   (**Unfair Competition in Violation of California Common Law as to**

16   **Defendants Manley, Aquawood, TRU, Dubinsky, Chan, and Liu**)

17       134.   TRU repeats and realleges its responses to Paragraphs 1 through

18  133, as set forth above, as though fully set forth therein.

19       135.   To the extent the allegations of Paragraph 135 of the Second

20  Amended Complaint are directed to TRU, TRU denies each and every

21  allegation of Paragraph 135.  To the extent that such allegations are directed

22  toward parties other than TRU, TRU is without sufficient knowledge or

23  information to form a belief as to the truth of the allegations in Paragraph 135

24  of the Second Amended Complaint and on that basis denies each and every

25  allegation.

26       136.   To the extent the allegations of Paragraph 136 of the Second

27  Amended Complaint are directed to TRU, TRU denies each and every

28  allegation of Paragraph 136.  To the extent that such allegations are directed

1   toward parties other than TRU, TRU is without sufficient knowledge or
2   information to form a belief as to the truth of the allegations in Paragraph 136
3   of the Second Amended Complaint and on that basis denies each and every
4   allegation.

5          137.   TRU denies each and every allegation in Paragraph 137 of the
6   Second Amended Complaint.

7          138.   To the extent the allegations of Paragraph 138 of the Second
8   Amended Complaint are directed to TRU, TRU denies each and every
9   allegation of Paragraph 138.  To the extent that such allegations are directed
10  toward parties other than TRU, TRU is without sufficient knowledge or
11  information to form a belief as to the truth of the allegations in Paragraph 138
12  of the Second Amended Complaint and on that basis denies each and every
13  allegation.

14         139.   To the extent the allegations of Paragraph 139 of the Second
15  Amended Complaint are directed to TRU, TRU denies each and every
16  allegation of Paragraph 139.  To the extent that such allegations are directed
17  toward parties other than TRU, TRU is without sufficient knowledge or
18  information to form a belief as to the truth of the allegations in Paragraph 139
19  of the Second Amended Complaint and on that basis denies each and every
20  allegation.

21         140.   To the extent the allegations of Paragraph 140 of the Second
22  Amended Complaint are directed to TRU, TRU denies each and every
23  allegation of Paragraph 140.  To the extent that such allegations are directed
24  toward parties other than TRU, TRU is without sufficient knowledge or
25  information to form a belief as to the truth of the allegations in Paragraph 140
26  of the Second Amended Complaint and on that basis denies each and every
27  allegation.

28

1

## **AFFIRMATIVE AND OTHER DEFENSES**

2      Defendants allege the following affirmative and other defenses to the

3   allegations contained in the Second Amended Complaint:

4

### **First Affirmative Defense**

5

### **(Failure to State a Claim)**

6      141.   The Second Amended Complaint, and each and every purported

7   cause of action alleged therein, fails to state a cause of action against TRU.

8

### **Second Affirmative Defense**

9

### **(Laches)**

10      142.   Upon information and belief, Plaintiff's claims are barred in

11   whole or in part by the doctrine of laches.

12

### **Third Affirmative Defense**

13

### **(Unclean Hands)**

14      143.   TRU alleges that Plaintiff is barred from recovery by the doctrine

15   of unclean hands.

16

### **Fourth Affirmative Defense**

17

### **(Trademark Misuse)**

18      144.   TRU alleges that Plaintiff filed this action for the sole purpose of

19   unlawfully and unfairly interfering with TRU's business.

20

### **Fifth Affirmative Defense**

21

### **(Estoppel)**

22      145.   Based on Plaintiff's acts, conduct, and omissions, Plaintiff is

23   estopped from recovering under the Second Amended Complaint.

24

### **Sixth Affirmative Defense**

25

### **(Acquiescence)**

26      146.   TRU alleges that Plaintiff's claims are barred on the grounds of

27   acquiescence.

28

### **Seventh Affirmative Defense**

**(Waiver)**

147.   Plaintiff is barred from all relief sought in the Second Amended Complaint because Plaintiff, by its acts and/or omissions, has waived each and every claim asserted therein.

## Eighth Affirmative Defense

### (Mark is Generic)

148.   Plaintiff is barred from recovery on its trademark claims because its marks are generic.

## Ninth Affirmative Defense

### (Mark is Functional)

149.   Plaintiff is barred from recovery on its trademark claims because its mark is functional.

## Tenth Affirmative Defense

### (Fair Use)

150.   Defendant's use of Plaintiff's trademark is fair use.

## Eleventh Affirmative Defense

### (Lack of Secondary Meaning)

151.   Plaintiff's trademarks have not acquired secondary meaning.

## Twelfth Affirmative Defense

### (Invalid Trademark Registration)

152.   Plaintiff's trademark is invalid for failure to comply with one or more necessary formalities including registration requirements.


## COUNTERCLAIMS

For its Counterclaims in this action, Defendant TOYS 'R' US, INC. ("TRU") alleges as follows:

153.   TRU repeats and incorporates by reference herein its responses to Paragraphs 1-152 above as if fully set forth herein.

## JURISDICTION AND VENUE

154.   This Court has subject matter jurisdiction over the federal law claims pursuant to 28 U.S.C. §§ 1331 and 1338, and supplemental jurisdiction under 28 U.S.C. § 1367.

155.   Venue is proper in this judicial district as Plaintiff WHAM-O, Inc. ("Wham-O") has filed its Complaint in this judicial district.

PARTIES

## THE PARTIES

156.   Defendant TRU is a corporation organized and existing under the laws of the State of Delaware with its principle place of business at One Geoffrey Way, Wayne, New Jersey 07470.

157.   On information and belief, Plaintiff Wham-O is a corporation organized and existing under the laws of the State of Delaware and has a principle place of business at 5903 Christie Avenue, Emeryville, California 94608.

## FACTS COMMON TO ALL COUNTERCLAIMS

158.   Wham-O purports to be the owner of United States Trademark Registration No. 1,432,069 ("the '069 mark") for "THE SINGLE COLOR YELLOW APPLIED TO THE ENTIRE SURFACE OF WATER SLIDE TOYS."

159.   On information and belief, the single color yellow is applied to the entire surface of water slide toys manufactured by entities other than Wham-O.  Accordingly, consumers do not associate the single color yellow applied to water slide toys as originating, affiliated with, or in some other way, having a connection with Wham-O.

160.   The color yellow applied to water slide toys is functional in that it readily shows dirt and debris, and other items that one should be wary of when sliding across a water slide toy.

161.   Wham-O has accused and brought this suit against TRU for offering to sell and selling certain water slide toys which infringe the '069 mark.

162.   Wham-O's '069 mark is invalid and/or unenforceable for among other reasons:

a.   The color yellow is in the public domain and thus it is not entitled to protection as a trademark.

b.   The color yellow applied to water slide toys is not inherently distinctive and has not acquired secondary meaning and thus is not entitled to protection as a trademark.

c.   The color yellow applied to water slide toys is generic and/or descriptive that has been used by others in the noted industry and trade for many years and thus does not denote the Plaintiff as a single source and it is not entitled to protection as a trademark.

d.   Plaintiff has acquiesced in any use by TRU and others of its '069 mark and thus the mark is not entitled to protection as a trademark.

e.   The color yellow applied to water slide toys is functional and therefore is not entitled to protection as a trademark.

## FIRST COUNTERCLAIM

### (Declaratory Relief)

163.   TRU repeats and incorporates by reference herein its responses to Paragraphs 153-162 above as if fully set forth herein.

164.   This counterclaim is for declaratory judgments under the provisions of the Federal Declaratory Judgment Act, Title 28 U.S.C. §§ 2201 and 2202, and thus this Court may declare the rights and other legal relationships between the parties hereto.

1    165.   Plaintiff Wham-O alleges it possesses the right and title to the
2  '069 mark, and that as a result, it possesses the ability to prevent any other
3  person or entity from associating the work color yellow with any other water
4  slide toy.  Wham-O alleges that certain water slide toys offered for sale and
5  sold by TRU infringe Wham-O's '069 mark.

6    166.   TRU denies these allegations and denies that Wham-O has an
7  enforceable mark.

8    167.   TRU contends that Wham-O's mark is invalid and unenforceable
9  for all the reasons stated herein.  On information and belief, Wham-O denies
10  these allegations.

11    168.   An actual controversy therefore exists and pursuant to 28 U.S.C.
12  §§ 2201 and 2202, this Court may and is required to declare the rights and
13  other legal relationships between the parties hereto.

14                       **PRAYER FOR RELIEF**

15    WHEREFORE, Defendant TRU requests that judgment be granted as
16  follows:

17    1.   That Plaintiff take nothing by way of its Complaint and causes of
18  actions against TRU, and that Plaintiff's Complaint and causes of action
19  against TRU be dismissed with prejudice;

20    2.   That this Court declare Plaintiff's '069 mark invalid and
21  unenforceable;

22    3.   That this Court declares that TRU does not infringe the '069
23  mark.

24    4.   That judgment be entered in TRU's favor on its counterclaim.

25  ///
26  ///
27  ///
28  ///

TRU Answer (3).Doc                       – 27 –                       Case No. 08-01281 RSWL (CWx)

5.      That further relief be granted to TRU including costs and attorneys fees in bringing its counterclaim action and defending against Plaintiff's action.

Dated:  May 16, 2008                    PILLSBURY WINTHROP SHAW
                                        PITTMAN LLP

                                        By_____
                                              Stephen Byers
                                        Attorneys for Defendant
                                        TOYS 'R' US – DELAWARE, INC.,
                                        improperly named as TOYS 'R' US, INC.