Robert J. McGahan (SBN 196568)
*rmcgahan@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel:   (213) 426-2500
Fax:  (213) 623-1673

Attorneys for Plaintiff, Counter-Defendant and Cross-Claimant **WHAMO, INC.**

Stephen D. Byers
*sbyers@pillsburylaw.com*
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Tel.: (213) 488-7100
Fax: (213) 629-1033

Attorneys for Defendant and Counter-Claimant **TOYS "R" US, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WHAM-O, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>MANLEY TOYS, LTD., a Hong Kong corporation, AQUAWOOD, LLC, a California limited liability company, BRIAN DUBINSKY, SAMSON CHAN, LISA LIU, TOYS 'R' US, INC., a Delaware corporation,<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 02:08-cv-01281-RSWL-CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Discovery Cut-off: September 15, 2009<br>Pretrial Conference: December 8, 2009<br>Trial Date: January 12, 2010<br><br>Judge: Hon. Ronald S.W. Lew |

STIPULATION OF DISMISSAL WITH PREJUDICE

1        Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Wham-O, Inc. ("Wham-O") and defendant Toys 'R' Us, Inc. ("TRU"), hereby jointly stipulate, through their undersigned counsel, that all claims brought by Wham-O against TRU be dismissed with prejudice, without costs and fees. Wham-O and TRU further jointly stipulate that all claims brought by TRU against Wham-O be dismissed with prejudice, without costs and fees.

DATED: July 29, 2009        Respectfully submitted,

By: /s/ Robert J. McGahan
Robert J. McGahan
*rmcgahan@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel: (213) 426-2500
Fax: (213) 623-1673

Attorneys for Plaintiff, Counter-Defendant and Cross-Claimant **WHAMO, INC.**

By: /s/ Stephen D. Byers
Stephen D. Byers
*sbyers@pillsburylaw.com*
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Tel.: (213) 488-7100
Fax: (213) 629-1033

Attorneys for Defendant and Counter-Claimant **TOYS "R" US, INC.**

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 South Figueroa Street, 41st Floor, Los Angeles, California 90017.

On July 29, 2009, I caused to be served the documents listed below to the party(ies) addressed on the attached Service List as follows:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

☑   **BY (CM/ECF ELECTRONIC FILING)** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on July 29, 2009, at Los Angeles, California.

Britani N. Selzler
(Type or print name)                                    (Signature)

Case 2:08-cv-01281-RSWL-CW   Document 401   Filed 07/29/09   Page 4 of 5   Page ID #:7988

# SERVICE LIST

*WHAM-O, INC. v. MANLEY TOYS, LTD., et al.*
United States District Court of California
Case No. CV08-01281 RSWL (CWx)

| | |
|---|---|
| Laurence M. Berman<br>*lberman@mwe.com*<br>Elham Ellie Hourizadeh<br>*ehourizadeh@mwe.com*<br>Jeffrey N. Goldberg<br>*jgoldberg@mwe.com*<br>Lisa E. Stone<br>**McDERMOTT WILL & EMERY LLP**<br>2049 Century Park East, Suite 3800<br>Los Angeles, CA 90067-3218<br>Tel: (310) 277-4110<br>Fax:(310) 277-4730 | Attorneys for Defendant, Cross-Defendant, Counter-Claimant<br><br>**MANLEY TOYS, LTD.;**<br>**BRIAN DUBINSKY; LISA LIU; SAMSON CHAN** |
| Stephen L. Raucher<br>*slr@rrbattorneys.com*<br>*sraucher@rrbattorneys.com*<br>Timothy D Reuben<br>*tdr@rrbattorneys.com*<br>**REUBEN RAUCHER AND BLUM**<br>1100 Glendon Avenue 10th Floor<br>Los Angeles, CA 90024<br>Tel: (310) 777-1990<br>Fax: (310) 777-1989 | Attorneys for Third Party<br><br>**BRIAN DUBINSKY** and<br>**IZZY HOLDINGS, INC.** |
| Richard H. Zaitlen<br>*richard.zaitlen@pillsburylaw.com*<br>Stephen D. Byers<br>*sbyers@pillsburylaw.com*<br>Robert L. Wallan<br>*robert.wallan@pillsburylaw.com*<br>**PILLSBURY WINTHROP SHAW PITTMAN**<br>725 S. Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406<br>Tel: (213) 488-7100<br>Fax: (213) 629-1033 | Attorneys for Counter-Claimant and Cross-Claimant<br><br>**KMART CORPORATION**;<br>Defendant **TARGET CORP.**;<br>Defendant and Counter-Claimant **TOYS "R" US, INC.** |

| | | |
|---|---|---|
| 1 | Rod S. Berman | Attorneys for Defendants |
| 2 | *rberman@jmbm.com*<br>Stanley M. Gibson | **AW COMPUTER HOLDINGS**<br>**LLC** and **AQUAWOOD, LLC** |
| 3 | *sml@jmbm.com* | |
| 4 | Matthew D. Hinks<br>*mh2@jmbm.com* | |
| 5 | **JEFFER, MANGELS, BUTLER &**<br>   **MARMARO LLP** | |
| 6 | 1900 Avenue of the Stars, Seventh Floor | |
| 7 | Los Angeles, CA 90067-4308<br>Tel:  (310) 203-8080 | |
| 8 | Fax:  (310) 203-0567 | |
| 9 | Holly O. Roark | Attorneys for Defendants |
| 10 | *hr@lnbrb.com*<br>Beth Ann R. Young | **AW COMPUTER HOLDINGS**<br>**LLC** and **AQUAWOOD, LLC** |
| 11 | *bry@lnbrb.com* | |
| 12 | **LEVENE NEALE BENDER**<br>   **RANKIN BRILL LLP** | |
| 13 | 10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 | |
| 14 | Tel:  (310) 229-1234 | |

-4-
STIPULATION OF DISMISSAL WITH PREJUDICE