O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Wham-O, Inc., | ) | CV 08-1281 RSWL (CWx) |
| | ) | |
| Plaintiff, | ) | **ORDER re: Plaintiff's Motion for Partial Summary Judgment on Defendant Manley Toys, Ltd.'s First Amended Counterclaim** |
| v. | ) | |
| Manley Toys, LTD., et al., | ) | **[529]** |
| | ) | |
| Defendants. | ) | |

Plaintiff Wham-O, Inc.'s Motion for Partial Summary Judgment on Defendant Manley Toys, Ltd.'s First Amended Counterclaim [529] was filed with this Court on April 23, 2010. The Motion was set for hearing on June 15, 2010. Having taken the matter under submission on June 14, 2010, and having reviewed all papers submitted pertaining to this motion, the Court **NOW FINDS AND RULES AS FOLLOWS**:

Plaintiff's Motion is **DENIED AS MOOT.**

This Court granted Defendant's Motion for Order of

1

Dismissal on June 25, 2010.  As a result of this Court's June 25, 2010 Order [629], Defendant's First Amended Counterclaim was dismissed in its entirety. Therefore, the Court finds that Plaintiff's present Motion for Partial Summary Judgment on Defendant Manley Toys, Ltd.'s First Amended Counterclaim is **DENIED AS MOOT**.

DATED: July 1, 2010

**IT IS SO ORDERED.**

                RONALD S.W. LEW

              **HONORABLE RONALD S.W. LEW**

              Senior, U.S. District Court Judge