O

1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  Wham-O, Inc.,                    )  CV 08-1281 RSWL (CWx)
                                     )
12                                   )
                         Plaintiff,  )  **ORDER re: Defendant**
13                                   )  **Manley's Motion for**
                                     )  **Summary Judgment, or**
14            v.                     )  **Alternatively, Partial**
                                     )  **Summary Judgment as to**
15                                   )  **Damages**
    Manley Toys, Ltd., et al.,       )
16                                   )  **[623]**
                                     )
17                       Defendants. )
                                     )
18  _____)

19      On July 27, 2010, Defendant, Manley Toys, Ltd.'s,

20  Motion for Summary Judgment as to Plaintiff Wham-O,

21  Inc.'s Second Amended Complaint or alternatively

22  Partial Summary Judgment on the Second Amended

23  Complaint, or alternatively Partial Summary Judgment as

24  to Damages came on for regular calendar before this

25  Court.  The Court having reviewed all papers submitted

26  pertaining to this Motion and having considered all

27  arguments presented to the Court, **NOW FINDS AND RULES**

28  **AS FOLLOWS**:

                              1

1    As a preliminary matter, Plaintiff and Defendant's

2  requests for judicial notice are **GRANTED.**

3    Defendant's Motion is **GRANTED IN PART AND DENIED IN**

4  **PART.**

5    The Court **DENIES** Defendant's Motion for Summary

6  Judgment as to Plaintiff Wham-O, Inc.'s Second Amended

7  Complaint.  The Court finds that res judicata does not

8  preclude Plaintiff's claims in this action.

9    "Under res judicata, a final judgment on the merits

10  of an action precludes the parties or their privies

11  from relitigating issues that were or could have been

12  raised in that action."  <u>Allen v. McCurry</u>, 449 U.S. 90,

13  94 (1980).

14    "In order to bar a later suit under the doctrine of

15  res judicata, an adjudication must (1) involve the same

16  'claim' as the later suit, (2) have reached a final

17  judgment on the merits, and (3) involve the same

18  parties or their privies."  <u>Nordhorn v. Ladish Co.</u>, 9

19  F.3d 1402, 1404 (9th Cir. 1993).

20    The Court finds that this action involves separate

21  claims from the prior action, entitled CV-06-1382-RSWL.

22  Moreover, the Court finds a triable issue of material

23  fact as to whether Defendant Manley is in privity with

24  Defendant SLB Toys USA, Inc.  Therefore, Plaintiff's

25  claims are not precluded by res judicata.

26    The Court **GRANTS** Defendant's Motion for Partial

27  Summary Judgment as to Damages.

28    Plaintiff in this action seeks damages against

1  Defendant Manley pursuant to the Lanham Act, 15 U.S.C.

2  § 1111 et seq.   The Lanham Act, 15 U.S.C. § 1117(a),

3  states that recovery for a violation of trademark

4  rights may include: (1) defendant's profits, (2) any

5  damages sustained by the plaintiff, and (3) the costs

6  of the action.   The Court finds that Plaintiff seeks

7  damages for itself, and not on behalf of any other

8  entity, pursuant to section 1117(a).

9       Therefore, the Court **GRANTS** Defendant's Motion for

10  Partial Summary Judgment as to Damages.

11       Finally, the Court **DENIES** Plaintiff's request to

12  grant summary judgment in its favor, sua sponte, as a

13  result of the arguments set forth in Defendant's

14  Motion.   As stated above, a triable issue exists as to

15  privity in this matter and the Court shall not grant

16  summary judgment sua sponte as requested.   If Wham-O

17  wishes to pursue summary judgment, it must file a

18  properly noticed motion with the Court.

19

20  DATED: July 28,2010

21  **IT IS SO ORDERED.**

22

23                    RONALD S.W. LEW

24                    **HONORABLE RONALD S.W. LEW**

25                    Senior, U.S. District Court Judge

26

27

28

3