# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHAM-O, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>MANLEY TOYS, LTD., a Hong Kong corporation, AQUAWOOD, LLC, a California limited liability company, BRIAN DUBINSKY. SAMSON CHAN, LISA LIU, and TOYS 'R' US, INC., a Delaware corporation,<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. CV08-01281 RSWL (CWx)<br><br>**HONORABLE RONALD S.W. LEW**<br><br>**[PROPOSED] ORDER TO FILE UNDER SEAL STIPULATION FOR DISBURSEMENT OF INTERPLEAD FUNDS AND ORDER GRANTING DISBURSEMENT OF INTERPLEAD FUNDS** |

Application having been made by Defendant Brian Dubinsky ("Dubinsky") for an Order to file under seal the Stipulation for Disbursement of Interplead Funds ("Interplead Funds Stipulation") and the Order Granting Disbursement of Interplead Funds ("Interplead Funds Order") Supplemental Memorandum ("Supplemental Memorandum") submitted jointly by Plaintiff Wham-O, Inc. And Defendants Manley Toys, LTD., Aquawood LLC, Brian Dubinsky, Samson Chan and Lisa Liu, with proof having been made to the satisfaction of the Court, and good cause appearing therefor,

IT IS ORDERED as follows:

Pursuant to Local Rule 79–5.1, the confidential settlement agreement between the parties and the Court's Protective Order dated January 6, 2009, the Interplead Funds Stipulation and the Interpleads Funds Order which reference and are encompassed by the confidential settlement agreement between the parties are filed under seal.

DATED: December 2, 2010

RONALD S.W LEW
HON. RONALD S.W. LEW

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, 18th Floor, Los Angeles, California 90024.

On **December 1, 2010**, I served the foregoing document described as:

**[PROPOSED ORDER] TO FILE UNDER SEAL STIPULATION FOR DISBURSEMENT OF INTERPLEAD FUNDS AND ORDER GRANTING DISBURSEMENT OF INTERPLEAD FUNDS**

on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Robert W. Barnes, Esq.
Andrew V. Jablon, Esq.
**Resch Polster & Berger LLP**
9200 Sunset Boulevard, Ninth Floor
Los Angeles, California 90069
Telephone: (310) 277-8300
Facsimile: (310) 552-3209
*Attorneys for Plaintiff, Counterdefendant, and Cross-Claimant Wham-O, Inc.*

Ryan D. Lapidus, Esq.
**Lapidus & Lapidus**
177 South Beverly Drive
Beverly Hills, California 90212
Telephone: (310) 550-8700
Facsimile: (310) 943-2471
*Attorneys for Defendants Samson Chan, Lisa Liu, and Manley Toys, Ltd.*

Lewis Anten, Esq.
Ivy Choderker, Esq.
**Lewis Anten**
16830 Ventura Boulevard, Suite 236
Encino, California 91436
Telephone: (818) 501-3535
Facsimile: (818) 501-4138
*Attorneys for Aquawood, LLC*

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if a postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 1, 2010**, at Los Angeles, California.

_____
Nima Abtahi